IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID J. POPKO,** | : | No. 1:13-cv-01845 |
| Plaintiff, | : | |
| | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **PENN STATE MILTON S.** | : | |
| **HERSHEY MEDICAL CENTER, et al.,** | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 14th day of July 2014, **IT IS HEREBY ORDERED THAT**

Defendants' motion to dismiss (Doc. No. 13) is **GRANTED IN PART** and **DENIED IN PART**

as follows:

1. Plaintiff's claims under the Pennsylvania Human Relations Act, 43 P.S. § 951, et seq. are **DISMISSED WITH PREJUDICE**;

2. Plaintiff's claims under the Americans With Disabilities Act, 42 U.S.C. § 12101, et seq. are **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's age discrimination claim under the Age Discrimination in Employment Act, 29 U.S.C.A. § 621, et seq. is not dismissed; to the extent also Plaintiff alleges a hostile work environment under the Age Discrimination in Employment Act, it is **DISMISSED WITHOUT PREJUDICE**;

4. Plaintiff's retaliation claim under Family Medical Leave Act, 29 U.S.C.A. § 2601, et seq. is not dismissed; Plaintiff's interference claim under the Family Medical Leave Act is **DISMISSED WITHOUT PREJUDICE**;

5. Plaintiffs' claim under Title VII is **DISMISSED WITHOUT PREJUDICE**, and

6. Plaintiff's breach of contract claim is **DISMISSED WITHOUT PREJUDICE**.

7.  Plaintiff is granted leave to file an amended complaint within 21 days of the date of this order.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
