**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DAVID J. POPKO,** : | |
|     **Plaintiff** : | |
| : | No. 1:13-cv-1845 |
| **v.** : | |
| : | (Judge Kane) |
| **PENN STATE MILTON S. HERSHEY** : | |
| **MEDICAL CENTER, et al.,** : | |
|     **Defendants** : | |

# ORDER

**AND NOW**, this 22nd day of March 2017, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT** Defendants' motion for summary judgment (Doc. No. 66), is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.

                                                              s/ Yvette Kane
                                                              Yvette Kane, District Judge
                                                               United States District Court
                                                               Middle District of Pennsylvania